**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-2062**

———————

WILLIAM SCOTT DAVIS, JR.,

             Plaintiff - Appellant,

    v.

W. EARL BRITT; JAMES C. FOX; JAMES C. DEVER, III; LOUISE W.
FLANAGAN; TERRENCE W. BOYLE; MALCOLM J. HOWARD; JAMES C.
GATES; REBECCA BEACH SMITH,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Max O. Cogburn, Jr.,
District Judge.  (5:16-ct-03211-CO)

———————

Submitted:  February 23, 2017        Decided:  February 27, 2017

———————

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

William Scott Davis, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) (2012) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Davis v. Britt, No. 5:16-ct-03211-CO (E.D.N.C. Sept. 12, 2016). We deny all of Davis' pending motions, including his motions to remand, to appoint a guardian ad litem, to reconsider, for recusal, for leave to file supplemental brief, and for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED